UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOHN CUTTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:06-CV-41 CAS |
| ) | |
| JANIS BERRY and PHILLIP JONES, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

In accordance with the memorandum and order of this date and incorporated herein,

**IT IS HEREBY ORDERED** that plaintiff's claims for monetary relief against defendant Janis Berry are **DISMISSED** based on Eleventh Amendment immunity.

**IT IS FURTHER ORDERED** that plaintiff's remaining claims against the defendants are **DISMISSED** for failure to state a claim upon which relief can be granted.

_____
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this  19th  day of October, 2006.